**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-25861-TAB |
| | § | |
| LAKESHORE MOTORCARS, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/21/2011. The undersigned trustee was appointed on 08/10/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $331,364.32

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $91,699.51 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $239,664.81 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/26/2012 and the deadline for filing government claims was 04/26/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,818.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $19,818.22, for a total compensation of $19,818.22[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2016           By:   /s/ Gus A. Paloian
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Date Filed (f) or Converted (c): | 06/21/2011 (f) |
| For the Period Ending: | 10/6/2016 | §341(a) Meeting Date: | 01/06/2012 |
| | | Claims Bar Date: | 04/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  SETTLEMENT AGREEMENT WITH LAKESHORE MOTORCARS, ET AL.  (u) | $0.00 | $325,000.00 | | $331,364.32 | FA |
| **Asset Notes:** SETTLEMENT OF ADVERSARY PROC. NO. 11-02263 | | | | | |

**TOTALS (Excluding unknown value)**       $0.00       $325,000.00       $331,364.32       **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

06/28/2016  The Trustee settled litigation claims against certain defendants. The defendants were making monthly installment payments, but defaulted in November, 2015. The Trustee negotiated a new settlement for a lump sum payment. The settlement Order was entered and settlement funds were received, both occurring on June 28, 2016. Trustee analyzed and resolved all claims filed in the case and is ready to close the case.

**Initial Projected Date Of Final Report (TFR):**  09/30/2016       **Current Projected Date Of Final Report (TFR):**       /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2012 | (1) | ALBANY BANK & TRUST | TURNOVER OF BANK FUNDS | 1249-000 | $1,364.92 | | $1,364.92 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.86 | $1,294.06 |
| 09/20/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | LAKESHORE MOTORCARS INITIAL SETTLEMENT PAYMENT | 1249-000 | $50,000.00 | | $51,294.06 |
| 09/20/2012 | | EastWest Bank | RETURN OF SERVICE FEE | 2600-000 | | ($70.86) | $51,364.92 |
| 10/08/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | PURSUANT TO SETTLEMENT AGREEMENT WITH LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $57,094.12 |
| 11/14/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | NOVEMBER, 2012 INSTALLMENT PAYMENT FROM LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $62,823.32 |
| 12/20/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | SETTLEMENT PAYMENT RECEIVED FROM LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $68,552.52 |
| 01/22/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | LAKESHORE MOTORCARS SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $74,281.72 |
| 02/12/2013 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $8.03 | $74,273.69 |
| 02/22/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | SETTLEMENT INSTALLMENT | 1249-000 | $5,729.20 | | $80,002.89 |
| 03/27/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | MARCH 2013 INSTALLMENT PAYMENT RE LAKESHORE SETTLEMNT | 1249-000 | $5,729.20 | | $85,732.09 |
| 04/23/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2013 SETTLEMENT PAYMENT FROM LAKESHORE | 1249-000 | $5,729.20 | | $91,461.29 |
| 05/29/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2013 INSTALLMENT PAYMENT PAYMENT PURSUANT TO SETTLEMENT | 1249-000 | $5,729.20 | | $97,190.49 |
| 07/09/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | JUNE 2013 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $102,919.69 |
| 07/29/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SETLLEMENT PAYMENT - JULY, 2013 INSTALLMENT | 1249-000 | $5,729.20 | | $108,648.89 |
| 08/27/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST, 2013 SETTLEMENT PAYMENT | 1249-000 | $5,729.40 | | $114,378.29 |
| 09/05/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER, 2013 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $120,107.49 |
| | | | | **SUBTOTALS** | $120,115.52 | $8.03 | |

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | 1002 | SEYFARTH SHAW LLP | PAYMENT OF SEYFARTH FEES AND EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13 | * |  | $91,566.51 | $28,540.98 |
|  |  |  | PAYMENT OF SEYFARTH FEES, PURSUANT TO COURT ORDER DATED 9/24/13   $(90,087.50) | 3110-000 |  |  | $28,540.98 |
|  |  |  | PAYMENT OF SEYFARTH EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13   $(1,479.01) | 3120-000 |  |  | $28,540.98 |
| 10/09/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT PAYMENT | 1249-000 | $5,729.20 |  | $34,270.18 |
| 12/04/2013 | (1) | LADUZINKSY & ASSOCIATES, PC |  | 1249-000 | $5,729.20 |  | $39,999.38 |
| 12/30/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | INSTALLMENT PAYMENT RE SETTLEMENT | 1249-000 | $5,729.20 |  | $45,728.58 |
| 01/28/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | JANUARY 2014 INSTALLMENT PAYMENT PURSUANT TO SETTLEMENT | 1249-000 | $5,729.20 |  | $51,457.78 |
| 02/07/2014 | 1003 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 |  | $41.17 | $51,416.61 |
| 02/07/2014 | 1003 | VOID: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-003 |  | ($41.17) | $51,457.78 |
| 02/10/2014 | 1004 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 |  | $44.78 | $51,413.00 |
| 02/24/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | FEBRUARY, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $57,142.20 |
| 03/25/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | MARCH, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $62,871.40 |
| 04/28/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2014 SETTLEMENT INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $68,600.60 |
| 05/22/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2014 INSTALLMENT PAYMENT RE LAKESHORE SETTLEMNT | 1249-000 | $5,729.20 |  | $74,329.80 |
| 06/19/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | JUNE 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $80,059.00 |
| 07/16/2014 | (1) | Laduzinsky & Associates, PC | July 2014 Settlement Payment | 1249-000 | $5,729.20 |  | $85,788.20 |
| 08/07/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST, 2014 SETTLEMENT INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $91,517.40 |
| 09/22/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 |  | $97,246.60 |
| 10/16/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | OCTOBER 2014 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 |  | $102,975.80 |
| 11/07/2014 | (1) | Laduzinsky & Associates, PC | November 2014 Settlement Payment | 1249-000 | $5,729.20 |  | $108,705.00 |

**SUBTOTALS**  $80,208.80   $91,611.29

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3      Exhibit B

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT FUNDS - DECEMBER, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $114,434.20 |
| 01/16/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT FUNDS - JANUARY, 2015 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $120,163.40 |
| 02/13/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | FEBRUARY 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $125,892.60 |
| 02/19/2015 | 1005 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $12.67 | $125,879.93 |
| 03/24/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT INSTALLMENT PAYMENT - MARCH, 2015 | 1249-000 | $5,729.20 | | $131,609.13 |
| 04/20/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $137,338.33 |
| 05/21/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $143,067.53 |
| 06/11/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | June 2015 Settlement Payment | 1249-000 | $5,729.20 | | $148,796.73 |
| 08/04/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | JULY, 2015 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $154,525.93 |
| 08/28/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $160,255.13 |
| 10/14/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $165,984.33 |
| 02/22/2016 | 1006 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $67.52 | $165,916.81 |
| 06/30/2016 | (1) | LADUZINKSY & ASSOCIATES, PC | FULL AND FINAL SETTLEMENT PAYMENT | 1249-000 | $78,748.00 | | $244,664.81 |
| 08/02/2016 | (1) | LADUZINKSY & ASSOCIATES, PC | FULL AND FINAL SETTLEMENT PAYMENT - AMOUNT ENTERED WAS $5,000 OVER THE CORRECT AMOUNT; BANK DEPOSITED CORRECT AMOUNT. | 1249-000 | ($5,000.00) | | $239,664.81 |
| | | | **SUBTOTALS** | | $131,040.00 | $80.19 | |

**FORM 2**
Page No: 4     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-25861-TAB | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | LAKESHORE MOTORCARS, INC. | | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***8939 | | **Checking Acct #:** | ******0002 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Main Checking |
| **For Period Beginning:** | 6/21/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/6/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $331,364.32 | $91,699.51 | $239,664.81 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $331,364.32 | $91,699.51 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $331,364.32 | $91,699.51 | |

**For the period of  6/21/2011 to 10/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91,699.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91,699.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2012 to 10/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91,699.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91,699.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $331,364.32 | $91,699.51 | $239,664.81 |

**For the period of 6/21/2011 to 10/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91,699.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91,699.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/21/2011 to 10/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $91,699.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91,699.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

| Case No.: | 11-25861-TAB | | | | | | | Trustee Name: | | Gus A. Paloian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | | | | | | | Date: | | 10/6/2016 | | |
| Claims Bar Date: | 04/26/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 08/30/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $19,818.22 | $19,818.22 | $0.00 | $0.00 | $0.00 | $19,818.22 |
| ACCT | POPOWCER KATTEN, LTD.<br><br>35 E. WACKER DR., SUITE 1550<br>CHICAGO IL 60601 | 08/30/2016 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $2,575.50 | $2,575.50 | $0.00 | $0.00 | $0.00 | $2,575.50 |
| **Claim Notes:** | FIRST AND FINAL FEE APPLICATION | | | | | | | | | | | |
| ATTY E | SEYFARTH SHAW LLP | 09/26/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $1,645.31 | $1,645.31 | $1,479.01 | $0.00 | $0.00 | $166.30 |
| **Claim Notes:** | SEYFARTH FIRST FEE APPLICATION (EXPENSES), PURSUANT TO COURT ORDER DATED 9/24/13 = $1,479.01<br>SEYFARTH SECOND AND FINAL EXPENSES = $166.30 | | | | | | | | | | | |
| ATTY F | SEYFARTH SHAW LLP | 09/26/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $130,232.00 | $130,232.00 | $90,087.50 | $0.00 | $0.00 | $40,144.50 |
| **Claim Notes:** | SEYFARTH FIRST FEE APPLICATION (FEES), PURSUANT TO COURT ORDER DATED 9/24/13 = $90,087.50<br>SEYFARTH SECOND AND FINAL FEES = $39,644.50<br>ADDITIONAL $500 TO CLOSE THE CASE | | | | | | | | | | | |
| 1 | CANOPY FINANCIAL INC.<br>Bankruptcy Trustee for Canopy Financial,<br>c/o Vincent E. Lazar<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago IL 60654 | 04/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,682,074.00 | $1,682,074.00 | $0.00 | $0.00 | $0.00 | $1,682,074.00 |
| **Claim Notes:** | (1-1) Fraudulent Transfer Judgment | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No.: | 11-25861-TAB | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | LAKESHORE MOTORCARS, INC. | | | | | | | Date: | 10/6/2016 |
| Claims Bar Date: | 04/26/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BILL G. LOUMBARDIAS<br><br>Steven M Laduzinsky<br>Laduzinsky & Associates PC<br>216 S Jefferson Street Suite 301<br>Chicago IL 60661 | 04/26/2012 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $255,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | CLAIM WITHDRAWN 5/13/15 | | | | | | | | | | | |
| 3 | RANDY W. WILLIAMS, CH. 7 TRUSTEE<br>New Luxury Motors, LLC et. al.<br>c/o Steven E. Seward, Esq.<br>Hinshaw and Culbertson LLP<br>One East Broward Blvd. Suite 1010<br>Lauderdale FL 33301 | 10/10/2012 | Tardy General Unsecured 726(a)(3) | Withdrawn | 7200-000 | $0.00 | $266,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Notice of Withdrawal filed 12/18/14 | | | | | | | | | | | |
| 4 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/07/2013 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $8.05 | $8.05 | $0.00 | $0.00 | $0.00 | $8.05 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/07/2013 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $712.00 | $712.00 | $0.00 | $0.00 | $0.00 | $712.00 |
| 5a | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | 05/07/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $64.36 | $64.36 | $0.00 | $0.00 | $0.00 | $64.36 |
| | | | | | | $2,358,929.44 | $1,837,129.44 | $91,566.51 | $0.00 | | $0.00 | $1,745,562.93 |

# CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Date: | 10/6/2016 |
| Claims Bar Date: | 04/26/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other firm) | $2,575.50 | $2,575.50 | $0.00 | $0.00 | $0.00 | $2,575.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,645.31 | $1,645.31 | $1,479.01 | $0.00 | $0.00 | $166.30 |
| Attorney for Trustee Fees (Trustee Firm) | $130,232.00 | $130,232.00 | $90,087.50 | $0.00 | $0.00 | $40,144.50 |
| General Unsecured 726(a)(2) | $1,937,074.00 | $1,682,074.00 | $0.00 | $0.00 | $0.00 | $1,682,074.00 |
| priority 507(a)(8) other | $720.05 | $720.05 | $0.00 | $0.00 | $0.00 | $720.05 |
| Tardy General Unsecured 726(a)(3) | $266,864.36 | $64.36 | $0.00 | $0.00 | $0.00 | $64.36 |
| Trustee Compensation | $19,818.22 | $19,818.22 | $0.00 | $0.00 | $0.00 | $19,818.22 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-25861-TAB
Case Name: LAKESHORE MOTORCARS, INC.
Trustee Name: Gus A. Paloian

Balance on hand: $239,664.81

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $239,664.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $19,818.22 | $0.00 | $19,818.22 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $130,232.00 | $90,087.50 | $40,144.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $1,645.31 | $1,479.01 | $166.30 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $2,575.50 | $0.00 | $2,575.50 |

Total to be paid for chapter 7 administrative expenses: $62,704.52
Remaining balance: $176,960.29

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $176,960.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $720.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to** | **Proposed Payment** |
|---|---|---:|---:|---:|

UST Form 101-7-TFR (5/1/2011)

| | | | Date | |
|---|---|---|---|---|
| 4 | Illinois Department of Revenue Bankruptcy Section | $8.05 | $0.00 | $8.05 |
| 5 | Illinois Department of Revenue Bankruptcy Section | $712.00 | $0.00 | $712.00 |

Total to be paid to priority claims: $720.05
Remaining balance: $176,240.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,682,074.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Canopy Financial Inc. | $1,682,074.00 | $0.00 | $176,240.24 |

Total to be paid to timely general unsecured claims: $176,240.24
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $64.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5a | Illinois Department of Revenue Bankruptcy Section | $64.36 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**