## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 11-25861-TAB |
| | ) | |
| **LAKESHORE MOTORCARS, INC.,** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: November 30, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF
## POPOWCER KATTEN, LTD, FOR COMPENSATION
## AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:  Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:  The Estate

Date of Order Authorizing
Employment:  February 4, 2015

Period for which Compensation
and Reimbursement is Sought:  February 4, 2015 through close of case

Amount of Final Fees Sought:  $2,575.50

Amount of Final Expense
Reimbursement Sought:  $ 0.00

This is an:  X  Final  Interim Application.

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|
| None | | | |

Dated: October 31, 2016

Respectfully submitted,

Popowcer Katten, Ltd., Accountants

By: /s/ Lois West
Lois West, CPA

27652902v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 11-25861-TAB |
| | ) | |
| **LAKESHORE MOTORCARS, INC.,** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: November 30, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

### FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Lakeshore Motorcars, Inc. (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period February 4, 2015 through close of case (the "Application Period"). In support of this Application, Popowcer states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

4. On June 21, 2011 petitioning creditor Gus A. Paloian, Chapter 7 Trustee of Canopy Financial, Inc., caused an involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code to be filed with the Court.

5. On August 9, 2011, an order for relief was entered with the Court.

6. On August 10, 2011, Gus A. Paloian was appointed as Chapter 7 Trustee in the Case.

27652902v.1

7.  By its Order of February 4, 2015, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the February 4, 2015 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

8.  Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to preparation of federal and state corporate income tax returns for the years ended December 31, 2012, December 31, 2013, December 31, 2014 and December 31, 2015 and final period ended June 30, 2016.

9.  In this Application, Popowcer seeks the allowance of $2,575.50 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

10. This is the first and final application that Popowcer will file in the case.

11. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

## STATUS OF CASE

12. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A.  Allowing Popowcer final compensation in the amount of $2,575.50;

27652902v.1

  B. Authorizing the Trustee to pay Popowcer the amount of $2,575.50 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

  C. Granting such other and further relief as this Court deems proper.

Dated:  October 31, 2016   Respectfully submitted,

          Popowcer Katten, Ltd., Accountants

          By:  /s/ Lois West
            Lois West, CPA

27652902v.1