# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-25861-TAB |
| | ) | |
| LAKESHORE MOTORCARS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: November 30, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on October 31, 2016, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: October 31, 2016

/s/ Jennifer M. McManus
Jennifer M. McManus

Subscribed and sworn to be before me
this 31st day of October, 2016

Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

35633509v.1

# LAKESHORE MOTORCARS, INC.
## SERVICE LIST

### SERVED VIA ELECTRONIC CM/ECF

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| William J. Connelly | wconnelly@hinshawlaw.com |
| Steven Laduzinsky | sladuzinsky@laduzinsky.com, lgreen@laduzinsky.com |
| Vincent E. Lazar | vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com |

**VIA UNITED STATES MAIL**

Bill G. Loumbardia
Steven M. Laduzinsky
Laduzinsky & Associates PC
216 S. Jefferson Street
Suite 301
Chicago, IL 60661-5743

Randy W. Williams, Trustee
New Luxury Motors, LLC et al.
c/o Steven E. Seward, Esq.
Hinshaw and Culbertson LLP
One East Broward Blvd.
Suite 1010
Ft. Lauderdale, FL 33301-1866