IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 11-25861-TAB |
| ) | |
| LAKESHORE MOTORCARS, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | Hon. Timothy A. Barnes |
| ) | Hearing Date: January 31, 2017 |
| ) | Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on December 6, 2016, she caused to be served a true and correct copy of each of the **Notice of Amended Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated:  December 6, 2016

_____
Jennifer M. McManus

Subscribed and sworn to be before me
this 6th day of December, 2016

_____
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

36107411v.1

## LAKESHORE MOTORCARS, INC.
### SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| William J. Connelly | wconnelly@hinshawlaw.com |
| Steven Laduzinsky | sladuzinsky@laduzinsky.com, lgreen@laduzinsky.com |
| Vincent E. Lazar | vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com |

36107411v.1

**VIA UNITED STATES MAIL**

Bill G. Loumbardia
Steven M. Laduzinsky
Laduzinsky & Associates PC
216 S. Jefferson Street
Suite 301
Chicago, IL  60661-5743

Randy W. Williams, Trustee
New Luxury Motors, LLC et al.
c/o Steven E. Seward, Esq.
Hinshaw and Culbertson LLP
One East Broward Blvd.
Suite 1010
Ft. Lauderdale, FL  33301-1866

36107411v.1