UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 11-25861 |
|---|---|---|
| LAKESHORE MOTORCARS, INC. | ) ) ) ) ) | Chapter: 7  Honorable Timothy Barnes |
| Debtor(s) | ) | |

## ORDER ALLOWING FINAL TRUSTEE COMPENSATION

This matter coming to be heard on the Trustee's First and Final Application for Compensation; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Gus A. Paloian, Trustee is allowed final compensation in the amount of $19,818.22; and

IT IS FURTHER ORDERED that the Trustee is authorized to pay the amount awarded from the funds on hand in the Estate as part of his final distribution in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 31, 2017

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000