UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LAKESHORE MOTORCARS, INC.,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   11-25861<br><br>Chapter: 7<br>Honorable Timothy Barnes |

## ORDER AWARDING SECOND AND FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO SEYFARTH SHAW, LLP, AS COUNSEL TO CHAPTER 7 TRUSTEE, GUS A. PALOIAN

Upon the consideration of the Second and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of July 31, 2013, through the Close of the Case, and for Other Related Relief; the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; this being a core proceeding pursuant to 28 U.S.C. §§ 157(b); venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; due notice having been given; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court; and it is hereby

ORDERED that Seyfarth is allowed final compensation in the amount of $40,144.50 as reasonable compensation for actual and necessary legal services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $166.30 for actual and necessary expenses incurred in the performance of services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed on a final basis, previously awarded fees in the amount of $90,087.50, and previously awarded expense reimbursement of $1,479.01; and it is further

ORDERED that Gus A. Paloian, Trustee, is authorized to pay the amounts awarded from the funds on hand in the Estate, as part of the final distribution.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 31, 2017

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
bharper@seyfarth.com