**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-25861-TAB |
|---|---|---|
| | § | |
| LAKESHORE MOTORCARS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $176,960.29 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $154,404.03 | | |

3)   Total gross receipts of $331,364.32 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $331,364.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $154,404.03 | $154,404.03 | $154,404.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,094.54 | $1,094.54 | $1,094.54 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $2,203,938.36 | $1,682,138.36 | $175,865.75 |
| **Total Disbursements** | $0.00 | $2,359,436.93 | $1,837,636.93 | $331,364.32 |

4). This case was originally filed under chapter 7 on 06/21/2011. The case was pending for 71 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2017    By:   /s/ Gus A. Paloian
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT AGREEMENT WITH LAKESHORE MOTORCARS, ET AL. | 1249-000 | $331,364.32 |
| **TOTAL GROSS RECEIPTS** | | **$331,364.32** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $19,818.22 | $19,818.22 | $19,818.22 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $67.52 | $67.52 | $67.52 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $65.48 | $65.48 | $65.48 |
| East West Bank | 2600-000 | NA | $70.86 | $70.86 | $70.86 |
| EastWest Bank | 2600-000 | NA | ($70.86) | ($70.86) | ($70.86) |
| PAYMENT OF SEYFARTH FEES, PURSUANT TO COURT ORDER DATED 9/24/13, Attorney for Trustee | 3110-000 | NA | $130,232.00 | $130,232.00 | $130,232.00 |
| PAYMENT OF SEYFARTH EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13, Attorney for Trustee | 3120-000 | NA | $1,645.31 | $1,645.31 | $1,645.31 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $2,575.50 | $2,575.50 | $2,575.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$154,404.03** | **$154,404.03** | **$154,404.03** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $0.00 | $8.05 | $8.05 | $8.05 |
| 5 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $0.00 | $712.00 | $712.00 | $712.00 |
| IRS | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $374.49 | $374.49 | $374.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,094.54 | $1,094.54 | $1,094.54 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Canopy Financial Inc. | 7100-000 | $0.00 | $1,682,074.00 | $1,682,074.00 | $175,865.75 |
| 2 | Bill G. Loumbardias | 7100-000 | $0.00 | $255,000.00 | $0.00 | $0.00 |
| 3 | Randy W. Williams, Ch. 7 Trustee | 7200-000 | $0.00 | $266,800.00 | $0.00 | $0.00 |
| 5a | Illinois Department of Revenue Bankruptcy Section | 7200-000 | $0.00 | $64.36 | $64.36 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,203,938.36 | $1,682,138.36 | $175,865.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-25861-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | | Date Filed (f) or Converted (c): | 06/21/2011 (f) |
| For the Period Ending: | 5/1/2017 | | §341(a) Meeting Date: | 01/06/2012 |
| | | | Claims Bar Date: | 04/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  SETTLEMENT AGREEMENT WITH LAKESHORE MOTORCARS, ET AL. (u) | $0.00 | $325,000.00 | | $331,364.32 | FA |
| **Asset Notes:**  SETTLEMENT OF ADVERSARY PROC. NO. 11-02263 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**
                                                $0.00                $325,000.00                                      $331,364.32                                  $0.00

**Major Activities affecting case closing:**

10/07/2016  The Trustee settled litigation claims against certain defendants. The defendants were making monthly installment payments, but defaulted in November, 2015. The Trustee negotiated a new settlement for a lump sum payment. The settlement Order was entered and settlement funds were received, both occurring on June 28, 2016.

The Final Report was submitted on 10/7/16.

**Initial Projected Date Of Final Report (TFR):** 09/30/2016       **Current Projected Date Of Final Report (TFR):**           /s/ GUS A. PALOIAN
                                                                                                                                GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2012 | (1) | ALBANY BANK & TRUST | TURNOVER OF BANK FUNDS | 1249-000 | $1,364.92 | | $1,364.92 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.86 | $1,294.06 |
| 09/20/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | LAKESHORE MOTORCARS INITIAL SETTLEMENT PAYMENT | 1249-000 | $50,000.00 | | $51,294.06 |
| 09/20/2012 | | EastWest Bank | RETURN OF SERVICE FEE | 2600-000 | | ($70.86) | $51,364.92 |
| 10/08/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | PURSUANT TO SETTLEMENT AGREEMENT WITH LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $57,094.12 |
| 11/14/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | NOVEMBER, 2012 INSTALLMENT PAYMENT FROM LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $62,823.32 |
| 12/20/2012 | (1) | LADUZINSKY & ASSOCIATES, PC | SETTLEMENT PAYMENT RECEIVED FROM LAKESHORE MOTORCARS | 1249-000 | $5,729.20 | | $68,552.52 |
| 01/22/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | LAKESHORE MOTORCARS SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $74,281.72 |
| 02/12/2013 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $8.03 | $74,273.69 |
| 02/22/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | SETTLEMENT INSTALLMENT | 1249-000 | $5,729.20 | | $80,002.89 |
| 03/27/2013 | (1) | LADUZINSKY & ASSOCIATES, PC | MARCH 2013 INSTALLMENT PAYMENT RE LAKESHORE SETTLEMNT | 1249-000 | $5,729.20 | | $85,732.09 |
| 04/23/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2013 SETTLEMENT PAYMENT FROM LAKESHORE | 1249-000 | $5,729.20 | | $91,461.29 |
| 05/29/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2013 INSTALLMENT PAYMENT PAYMENT PURSUANT TO SETTLEMENT | 1249-000 | $5,729.20 | | $97,190.49 |
| 07/09/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | JUNE 2013 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $102,919.69 |
| 07/29/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SETLEMENT PAYMENT - JULY, 2013 INSTALLMENT | 1249-000 | $5,729.20 | | $108,648.89 |
| 08/27/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST, 2013 SETTLEMENT PAYMENT | 1249-000 | $5,729.40 | | $114,378.29 |
| 09/05/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER, 2013 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $120,107.49 |
| | | | **SUBTOTALS** | | $120,115.52 | $8.03 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | 1002 | SEYFARTH SHAW LLP | PAYMENT OF SEYFARTH FEES AND EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13 | * | | $91,566.51 | $28,540.98 |
| | | | PAYMENT OF SEYFARTH FEES, PURSUANT TO COURT ORDER DATED 9/24/13  $(90,087.50) | 3110-000 | | | $28,540.98 |
| | | | PAYMENT OF SEYFARTH EXPENSES, PURSUANT TO COURT ORDER DATED 9/24/13  $(1,479.01) | 3120-000 | | | $28,540.98 |
| 10/09/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $34,270.18 |
| 12/04/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $39,999.38 |
| 12/30/2013 | (1) | LADUZINKSY & ASSOCIATES, PC | INSTALLMENT PAYMENT RE SETTLEMENT | 1249-000 | $5,729.20 | | $45,728.58 |
| 01/28/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | JANUARY 2014 INSTALLMENT PAYMENT PURSUANT TO SETTLEMENT | 1249-000 | $5,729.20 | | $51,457.78 |
| 02/07/2014 | 1003 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $41.17 | $51,416.61 |
| 02/07/2014 | 1003 | VOID: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-003 | | ($41.17) | $51,457.78 |
| 02/10/2014 | 1004 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $44.78 | $51,413.00 |
| 02/24/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | FEBRUARY, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $57,142.20 |
| 03/25/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | MARCH, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $62,871.40 |
| 04/28/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2014 SETTLEMENT INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $68,600.60 |
| 05/22/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2014 INSTALLMENT PAYMENT RE LAKESHORE SETTLEMNT | 1249-000 | $5,729.20 | | $74,329.80 |
| 06/19/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | JUNE 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $80,059.00 |
| 07/16/2014 | (1) | Laduzinsky & Associates, PC | July 2014 Settlement Payment | 1249-000 | $5,729.20 | | $85,788.20 |
| 08/07/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST, 2014 SETTLEMENT INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $91,517.40 |
| 09/22/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $97,246.60 |
| 10/16/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | OCTOBER 2014 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $102,975.80 |
| 11/07/2014 | (1) | Laduzinsky & Associates, PC | November 2014 Settlement Payment | 1249-000 | $5,729.20 | | $108,705.00 |
| | | | **SUBTOTALS** | | **$80,208.80** | **$91,611.29** | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-25861-TAB | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | LAKESHORE MOTORCARS, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8939 | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main Checking |
| For Period Beginning: | 6/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2014 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT FUNDS - DECEMBER, 2014 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $114,434.20 |
| 01/16/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT FUNDS - JANUARY, 2015 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $120,163.40 |
| 02/13/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | FEBRUARY 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $125,892.60 |
| 02/19/2015 | 1005 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $12.67 | $125,879.93 |
| 03/24/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SETTLEMENT INSTALLMENT PAYMENT - MARCH, 2015 | 1249-000 | $5,729.20 | | $131,609.13 |
| 04/20/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | APRIL 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $137,338.33 |
| 05/21/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | MAY 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $143,067.53 |
| 06/11/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | June 2015 Settlement Payment | 1249-000 | $5,729.20 | | $148,796.73 |
| 08/04/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | JULY, 2015 INSTALLMENT PAYMENT | 1249-000 | $5,729.20 | | $154,525.93 |
| 08/28/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | AUGUST 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $160,255.13 |
| 10/14/2015 | (1) | LADUZINKSY & ASSOCIATES, PC | SEPTEMBER 2015 SETTLEMENT PAYMENT | 1249-000 | $5,729.20 | | $165,984.33 |
| 02/22/2016 | 1006 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $67.52 | $165,916.81 |
| 06/30/2016 | (1) | LADUZINKSY & ASSOCIATES, PC | FULL AND FINAL SETTLEMENT PAYMENT | 1249-000 | $78,748.00 | | $244,664.81 |
| 08/02/2016 | (1) | LADUZINKSY & ASSOCIATES, PC | FULL AND FINAL SETTLEMENT PAYMENT - AMOUNT ENTERED WAS $5,000 OVER THE CORRECT AMOUNT; BANK DEPOSITED CORRECT AMOUNT. | 1249-000 | ($5,000.00) | | $239,664.81 |
| 02/01/2017 | 1007 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $2,575.50 | $237,089.31 |
| 02/01/2017 | 1008 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $166.30 | $236,923.01 |
| 02/01/2017 | 1009 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $40,144.50 | $196,778.51 |
| 02/01/2017 | 1010 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $19,818.22 | $176,960.29 |
| 02/01/2017 | 1011 | Illinois Department of Revenue Bankruptcy Section | Claim #: 4; Distribution Dividend: 100.00; | 5800-000 | | $8.05 | $176,952.24 |
| 02/01/2017 | 1012 | Illinois Department of Revenue Bankruptcy Section | Claim #: 5; Distribution Dividend: 100.00; | 5800-000 | | $712.00 | $176,240.24 |
| 02/01/2017 | 1013 | INTERNAL REVENUE SERVICE | Claim #: ; Distribution Dividend: 100.00; | 5800-000 | | $374.49 | $175,865.75 |

**SUBTOTALS** $131,040.00  $63,879.25

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-25861-TAB | |
| **Case Name:** | LAKESHORE MOTORCARS, INC. | |
| **Primary Taxpayer ID #:** | **-***8939 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/21/2011 | |
| **For Period Ending:** | 5/1/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0002 |
| **Account Title:** | Main Checking |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/01/2017 | 1014 | Canopy Financial Inc. | Claim #: 1; Distribution Dividend: 10.46; | 7100-000 | | $175,865.75 | $0.00 |
| | | | **TOTALS:** | | $331,364.32 | $331,364.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $331,364.32 | $331,364.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $331,364.32 | $331,364.32 | |

**For the period of 6/21/2011 to 5/1/2017**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $331,364.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,364.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2012 to 5/1/2017**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $331,364.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,364.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5   Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 11-25861-TAB | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | LAKESHORE MOTORCARS, INC. | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***8939 | **Checking Acct #:** | ******0002 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Main Checking |
| **For Period Beginning:** | 6/21/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/1/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $331,364.32 | $331,364.32 | $0.00 |

**For the period of 6/21/2011 to 5/1/2017**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $331,364.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,364.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/21/2011 to 5/1/2017**

| | |
|---|---|
| Total Compensable Receipts: | $331,364.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $331,364.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $331,364.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,364.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN